UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| PIPER JAFFRAY & CO., a Delaware corporation, and UBS FINANCIAL SERVICES INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>  v.<br><br>ALAN J. ANDERSON; JAMES A. ANDERSON; and D.A. DAVIDSON & CO., a Montana corporation,<br><br>        Defendants. | NO. CV-06-5055-EFS<br><br>**ORDER GRANTING STIPULATION AND ORDER OF DISMISSAL** |

Before the Court, without oral argument, is the parties' Stipulation and Order of Dismissal (Ct. Rec. 35). The parties stipulate to the dismissal of Plaintiffs' claims against Defendants without prejudice and without award of costs to any party. *Id.* Based on the parties' stipulation and pursuant to Federal Rule of Civil Procedure 41(a), this action is hereby dismissed without prejudice and without an award of costs to any party.

Accordingly, **IT IS HEREBY ORDERED**:

1. Pursuant to the parties' Stipulation and Order of Dismissal **(Ct. Rec. 35)**, this action is **DISMISSED WITHOUT PREJUDICE.**

2. All pending motions are **DENIED AS MOOT.**

ORDER ~ 1

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and provide a copy of the Order to counsel and CLOSE THIS FILE.

**DATED** this __19th__ day of December 2006.

                 __s/Edward F. Shea__
                 EDWARD F. SHEA
             United States District Judge

Q:\Civil\2006\5055.dismiss.2.frm

ORDER ~ 2